ELLEN WEBSTER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CITY OF NEWARK, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Levy, Lemken & Margulies* and *Mr. Felix-Ramon Neals* for the petitioners.

*Mr. Norman N. Schiff* and *Mr. Augustine J. Kelly* for the respondents.

March 9, 1964. Denied.

CHARLOTTE L. BURGER, PLAINTIFF-PETITIONER, v. ELSIE CONNELL, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Walter R. Gottschalk* and *Mr. Anthony P. LaPorta* for the petitioner.

*Mr. John C. Sullivan* and *Mr. Irving I. Vogelman* for the respondents.

March 9, 1964. Denied.